Supreme Court
No. 2016-342-M.P.

In the Matter of Oleg Nikolyszyn.

# O R D E R

On December 1, 2016, this Court entered an order suspending the respondent, Oleg Nikolyszyn from the practice of law in this state until further order of the Court.  The order was based on a petition for interim suspension filed by Disciplinary Counsel.  The respondent did not file an objection.

On January 6, 2020, pursuant to Article III, Rule 13 of the Supreme Court Rules of Disciplinary Procedure for Attorneys, the respondent filed an affidavit with the Court's Disciplinary Board setting forth that he is aware he is the subject of a disciplinary investigation, that he freely and voluntarily consents to disbarment, and that he is fully aware of the implications of submitting his consent.  On January 10, 2020, the Disciplinary Board filed the respondent's affidavit with the Court.

Upon review of the respondent's affidavit, we deem that an order disbarring the respondent is appropriate.

Accordingly, pursuant to Rule 13, it is hereby ordered, adjudged, and decreed that the respondent be and he is hereby disbarred on consent from engaging in the practice of law.  The effective date of this order of disbarment is retroactive to December 1, 2016, the date the respondent was suspended.

Entered as an Order of this Court this 23rd day of January, 2020.

By Order,

_____/s/_____
Clerk

# STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

## SUPREME COURT – CLERK'S OFFICE

## ORDER COVER SHEET

| | | |
|---|---|---|
| **Title of Case** | In the Matter of Oleg Nikolyszyn. | |
| **Case Number** | No. 2016-342-M.P. | |
| **Date Order Filed** | January 23, 2020 | |
| **Justices** | Suttell, C.J., Goldberg, Flaherty, Robinson, and Indeglia, JJ. | |
| **Source of Appeal** | N/A | |
| **Judicial Officer From Lower Court** | N/A | |
| **Attorney(s) on Appeal** | For Petitioner:<br><br>David D. Curtin, Esq.<br>Chief Disciplinary Counsel | |
| | For Respondent:<br><br>Oleg Nikolyszyn, Pro Se | |